# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PETER HYOGUCHI, et al.<br><br>Plaintiffs,<br><br>v.<br><br>WESTFIELD, LLC., et al.<br><br>Defendants. | Case No. 2:20-cv-11274-SVW-SK<br><br>Judge: Hon. Stephen V. Wilson<br><br>**ORDER GRANTING STIPULATION REGARDING REMAND**<br><br>Complaint Filed: November 10, 2020<br>Removal Date:    December 12, 2020 |

The Court has received and reviewed the Stipulation Regarding Remand submitted by all parties to this action. Based on the Stipulation and good cause appearing, the Court **HEREBY ORDERS THAT**:

1. The Stipulation is **GRANTED**;
2. Plaintiffs' motion for remand, (ECF No. 28), is withdrawn;
3. Indect USA Corp.'s opposition to the consolidation of this matter with *Navarro et al v. Ski Data, Inc. et* al, No. 2:20-cv-07370-SVW-SK, (*Navarro* ECF No. 47); is withdrawn;
4. If the Court remands *Navarro*, it will remand this matter simultaneously under CAFA's discretionary remand provision, 28 U.S.C. § 1332(d)(3); and
5. If the Court denies remand in *Navarro*, Plaintiffs in this matter shall not file any new remand motion.

**IT IS SO ORDERED**

Date:   February 18, 2021

By: _____
Hon. Stephen V. Wilson
U.S. District Judge